# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karimov Bakhodir, | No. CV 26-01974 PHX AMM (CDB) |
| Petitioner, | |
| v. | **ORDER** |
| J. Symmonds, et al., | |
| Respondents. | |

Petitioner Karimov Bakhodir filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1). The Court directed Respondents to answer the petition. (Doc. 4). In their response, Respondents state they "do not oppose Petitioner's request for release from custody." (Doc. 10.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his *Zadvydas* claim.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 as to his *Zadvydas* claim is **GRANTED**. (Doc. 1.)

**IT IS FURTHER ORDERED** that Respondents shall **immediately** release Petitioner from custody.

///

///

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **two days** of releasing Petitioner from custody.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of April, 2026.

_____
Honorable Angela M. Martinez
United States District Judge